**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

BC POWER DESIGN, INC.,
a Florida corporation,

       Plaintiff,

vs.                                          CASE NO. 5:07cv252/RS-EMT

CABANA WEST, L.P., an Alabama
limited partnership, and CHARTER
CONSTRUCTION MANAGEMENT
COMPANY, INC., an Alabama corporation,

       Defendants.
_____/

**ORDER**

Before me are Defendants' Motion to Dismiss and Supporting Memorandum of Law (Doc. 5) and Plaintiff Power Design, Inc.'s Response to Defendants' Motion to Dismiss (Doc. 11). Defendants contend that this case should be dismissed because the subcontract between Defendant Charter Construction Management Company and Plaintiff requires mandatory mediation prior to filing suit. Plaintiff contends that Defendants waived the requirement of mediation because a principal of Charter Construction Management Company failed to respond to Plaintiff's communications intended to start the mediation process. I find that Defendant Cabana West, L.P. was not a party to the subcontract. Therefore, Plaintiff's claim against Cabana West, L.P. is not subject to the requirement of pre-suit mediation. I further find that Defendant Charter Construction Management Company's failure to respond to Plaintiff's efforts to mediate waived the requirement of pre-suit mediation.

Defendants' Motion to Dismiss (Doc. 5) is **denied**.

ORDERED on November 30, 2007.

          /S/ Richard Smoak
          **RICHARD SMOAK**
          **UNITED STATES DISTRICT JUDGE**